IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN ZAENGLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-2010 |
| ROSEMOUNT, INC. | : | |

## **ORDER**

AND NOW, this 17th day of May, 2013, the September 29, 2009 order granting in part defendant's motion for summary judgment (doc. no. 29) is amended as follows: the order granting summary judgment for defendant as to Counts II and IV, alleging retaliation under Title VII and the PHRA, respectively, is reversed and those counts are reinstated.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.