IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN ZAENGLE | : | CIVIL ACTION |
| v. | : | |
| ROSEMOUNT, INC. t/a EMERSON PROCESS MANAGEMENT ROSEMOUNT MEASUREMENT DIVISION | : : | NO. 08-2010 |

**O R D E R**

AND NOW, this 28th day of January, 2014, upon consideration of defendant's motions in limine, Doc. Nos. 66, 67, 68, 69, 72, 78, 80 and 81, plaintiff's responses thereto, and after oral argument on January 14, 2014, and for the reasons and to the extent stated in the accompanying Memorandum of Decision, it is hereby

**ORDERED**

1. Defendant's Motion in Limine at Document No. 66 is **GRANTED**;

2. Defendant's Motion in Limine at Document No. 67 is **DENIED AS MOOT**;

3. Defendant's Motion in Limine at Document No. 68 is **GRANTED**;

4. Defendant's Motion in Limine at Document No. 69 is **DENIED**;

5. Defendant's Motion in Limine at Document No. 72 is **GRANTED IN PART** and **DENIED IN PART**;

6. Defendant's Motion in Limine at Document No. 78 is **GRANTED IN PART** and **DENIED IN PART**;

      7.      Defendant's Motion in Limine at Document No. 80 is **DENIED**; and

      8.      Defendant's Motion in Limine at Document No. 81 is **GRANTED AS UNOPPOSED**.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge